**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ORTHOBOND CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>MARC H. BUREL,<br>RANDELL "RANDY" CLEVENGER, PH.D.,<br>GORDON D. DONALD, M.D.,<br>CHEOLJIN "CJ" KIM, PH.D., and<br>MOLECULAR SURFACE TECHNOLOGIES, LLC<br><br>*Defendants*. | Civil Action No. 3:22-cv-00217-RK-RLS<br><br>Hon. Robert Kirsch |

**AMENDED STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Orthobond Corporation and Defendants Marc H. Burel, Randell Clevenger, Ph.D., Gordon D. Donald, M.D., Cheoljin Kim, Ph.D., and Molecular Surface Technologies, LLC, through their counsel, and subject to the Court's approval, hereby stipulate and agree to the dismissal with prejudice of all of Plaintiff's claims in this case (D.I. 1, Counts I-IV).

Each party shall bear its own attorneys' fees and costs.

Dated: June 6, 2024

By: s/Charles H. Chevalier
Charles H. Chevalier
Stephen Donat
**Gibbons P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545

Christine A. Gaddis
**Gibbons P.C.**
141 West Front Street
Suite 240
Red Bank, New Jersey 07701
Telephone: (732) 704-5801
Fax: (732) 865-7300

OF COUNSEL:
Alicia A. Russo
Seth Boeshore
Joseph M. Walsh
**VENABLE LLP**
151 West 42nd Street
New York, New York 10036
Telephone: (212) 218-2100

Jason M. Dorsky
**VENABLE LLP**
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000

*Attorneys for Plaintiff Orthobond Corporation*

By: s/Philip L. Hirschhorn
Erin M. Dunston (Pro Hac Vice)
Philip L. Hirschhorn
Stephen E. Murray
**PANITCH SCHWARZE BELISARIO & NADEL LLP**
One Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 965-1257

*Attorneys for Defendants Marc H. Burel, Randell Clevenger, Gordon D. Donald, Cheoljin Kim, and Molecular Surface Technologies, LLC*

**SO ORDERED:**

This 7 day of June, 2024.

The Honorable Robert Kirsch, U.S.D.J.